ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DARRYL DOCKERY,                                    Plaintiff,

      -against-                              Civil Action No. _____

CITY OF NEW YORK;
NEW YORK CITY POLICE DEPARTMENT;
NEW YORK CITY DEPARTMENT OF CORRECTION;
INTERFAITH MEDICAL CENTER;
SUNY DOWNSTATE MEDICAL CENTER;
SPRINGFIELD AUTO POUND;
INSURANCE AUTO AUCTIONS, INC.;
JOHN DOE POLICE OFFICERS 1-10;
JANE DOE MEDICAL STAFF 1-10,

                        Defendants.

-----------------------------------------------------------X

COMPLAINT
(42 U.S.C. § 1983)
JURY TRIAL DEMANDED

## I. JURISDICTION AND VENUE

1. This action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.
2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.
3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because the events giving rise to these claims occurred in Kings County, New York.

REC'D IN PRO SE OFFICE
JAN 15 '26 PM 3:37

## II. PARTIES

4. Plaintiff Darryl Dockery is a resident of Brooklyn, New York.

5. Defendant City of New York is a municipal entity responsible for the policies, practices, customs, and supervision of the New York City Police Department and the New York City Department of Correction.

6. Defendant New York City Police Department ("NYPD") is responsible for law enforcement, arrests, prisoner transport, and custody prior to arraignment.

7. Defendant New York City Department of Correction ("DOC") is responsible for detainee custody and medical oversight while individuals are held in Central Booking.

8. Defendant Interfaith Medical Center is a hospital that provided emergency medical treatment to Plaintiff while he was in police custody.

9. Defendant SUNY Downstate Medical Center is a hospital that later provided medical treatment to Plaintiff.

10. Defendant Springfield Auto Pound took custody of Plaintiff's vehicle following his arrest.

11. Defendant Insurance Auto Auctions, Inc. ("IAA") is a private entity that later took possession of Plaintiff's vehicle and demanded storage fees.

12. Defendants John Doe Police Officers 1–10 are NYPD officers whose identities are presently unknown.

13. Defendants Jane Doe Medical Staff 1–10 are medical personnel whose identities are presently unknown.

## III. FACTUAL ALLEGATIONS

14. On March 21, 2025, Plaintiff was unlawfully arrested by NYPD officers without probable cause.

15. Following his arrest, Plaintiff was transported by NYPD officers to Interfaith Medical Center while still in police custody.

16. At Interfaith Medical Center, hospital staff inserted an intravenous ("IV") line into Plaintiff's arm.

17. Interfaith Medical Center discharged Plaintiff back into police custody with the IV line still inserted in his arm.

18. Hospital staff later admitted that this occurred due to a breakdown in communication among medical personnel.

19. Plaintiff remained in NYPD custody and was transported to Central Booking under the supervision of DOC.

20. DOC personnel observed the IV line visibly protruding from Plaintiff's arm and failed to provide medical care, summon medical staff, or remove the IV.
21. On March 22, 2025, Plaintiff was arraigned in Kings County Criminal Court.
22. During arraignment, Plaintiff's assigned defense counsel observed the IV line still present in Plaintiff's arm and photographed it.
23. Despite this knowledge, no notification was made to the Court, DOC medical staff, or any custodial authority regarding Plaintiff's ongoing medical condition.
24. Plaintiff was released on his own recognizance on March 23, 2025, still with the IV line in his arm.
25. Immediately after his release, Plaintiff went to the 77th Precinct and informed the Sergeant on duty of the IV and his medical distress.
26. The Sergeant refused to take any action or provide medical assistance.
27. Plaintiff returned to Interfaith Medical Center seeking removal of the IV line.
28. Interfaith Medical Center refused to remove the IV and instructed Plaintiff to seek care elsewhere.
29. Plaintiff was forced to go to SUNY Downstate Medical Center, where the IV was finally removed.
30. SUNY Downstate Medical Center later failed to document Plaintiff's visit or the removal of the IV and stated in writing that no record of his treatment existed.
31. As a result of Defendants' actions and omissions, Plaintiff suffered physical pain, swelling, emotional distress, anxiety, and fear of infection.
32. Plaintiff's criminal case was dismissed and sealed on May 28, 2025.
33. On May 29, 2025, the District Attorney authorized the release of Plaintiff's vehicle, determining it was no longer evidence.
34. Despite this authorization, NYPD refused to return Plaintiff's vehicle.
35. While in NYPD custody, Plaintiff's vehicle was damaged.
36. NYPD transferred Plaintiff's vehicle to Springfield Auto Pound, which claimed ownership.
37. The vehicle was later transferred to Insurance Auto Auctions, Inc., which demanded storage fees and refused to release the vehicle without NYPD authorization.
38. Plaintiff attempted to file police reports for the damage and theft of his vehicle, but NYPD personnel refused to accept his reports.
39. Plaintiff filed complaints with Internal Affairs, the Department of Investigation, and other oversight agencies, but no corrective action was taken.

## IV. MUNICIPAL LIABILITY (MONELL)

40. The City of New York maintained policies, customs, and practices that resulted in deliberate indifference to detainees' serious medical needs.

41. The City failed to properly train and supervise NYPD officers, DOC staff, and associated medical personnel regarding post-hospital discharge care.

42. The City maintained customs allowing unlawful seizure, retention, and transfer of citizens' vehicles to private entities without due process.

43. These policies and customs were the moving force behind the constitutional violations suffered by Plaintiff.

---

## V. CAUSES OF ACTION

### COUNT I – False Arrest (Fourth Amendment)

44. Plaintiff was arrested without probable cause in violation of the Fourth Amendment.

### COUNT II – Deliberate Indifference to Medical Needs (Fourteenth Amendment)

45. Defendants were deliberately indifferent to Plaintiff's serious medical needs while he was in custody.

### COUNT III – Deprivation of Property Without Due Process (Fourteenth Amendment)

46. Defendants unlawfully seized, damaged, and retained Plaintiff's vehicle without due process of law.

### COUNT IV – Municipal Liability (Monell)

47. The City of New York is liable for the constitutional violations caused by its policies, customs, and practices.

---

## VI. DAMAGES

48. Plaintiff seeks compensatory damages, punitive damages, costs, attorneys' fees pursuant to 42 U.S.C. § 1988, and such other relief as the Court deems just and proper.

## VII. JURY DEMAND

49. Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Darryl Dockery
Plaintiff, Pro Se
[Address]
[Phone]
[Email]

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     1/15/2026

Signature of Plaintiff     _Daryl Dockery_

Printed Name of Plaintiff     DARRYL DOCKERY

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

*EASTERN* District of *NEW YORK*

|  |  |  |
|---|---|---|
| DARRYL DOCKERY | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. |
| v. | ) ) ) ) ) | |
| Insurance Auto Auction inc | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Insurance Auto Auction inc

IAA HeadQuarters
Two westbrook corporate    66 Reconcile Avenue
center; suite 500    Medford, NY 11763
Westchester, IL 60154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____                    _____

                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     ' I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     ' I left the summons at the individual's residence or usual place
of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     ' I served the summons on *(name of individual)* , who is _____

_____ on *(date)* _____ ; or

     ⌐ I returned the summons unexecuted because _____ ; or

     ⌐ Other *(specify):*
designated by law to accept service of process on behalf of *(name of organization)*

                      .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____                    _____

                                                          *Server's signature*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

*Eastern* District of *New York*

|  |  |
|---|---|
| *Darryl Dockery* <br> Plaintiff(s) <br><br> v. <br><br> *New York City Department of Corrections* <br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  *New York City Department of Correction*
*C/O City of New York*
*New York City Law Department*
*100 Church Street*
*New York, NY 10007*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)                    *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ' I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ' I left the summons at the individual's residence or usual place _____
of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ' I served the summons on *(name of individual)* , who is _____

_____

_____ on *(date)* _____ ; or

    ⌐ I returned the summons unexecuted because _____ ; or

    ⌐ Other *(specify):*
designated by law to accept service of process on behalf of *(name of organization)*

                                                                                  .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____                    _____

                                                                                            *Server's signature*

AO 440 (Rev. 06/12)  Summons in a Civil Action

## UNITED STATES DISTRICT COURT

for the

_____ District of _____

)
)
)
)

_DARRYl Dockery_
Plaintiff(s)

)
)

v.

Civil Action No.

)
)
)
)
)
)

_SpringField Garden , Auto pound_
Defendant(s)

)
)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* _Springfield Gardens AUto pound_
_174-20 North Boundary Road._
_Jamaica, NY 11430_
_C/o Newyork City Law Department_
_100 ChurchStreet_
_New York, NY 10007_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

' I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place
of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* , who is _____

_____ on *(date)* _____ ; or

⌐ I returned the summons unexecuted because _____ ; or

⌐ Other *(specify):*
designated by law to accept service of process on behalf of *(name of organization)*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

*EASTERN* District of *NEW YORK*

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| DARRYl Dockery | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| InterFAith Medical Center | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* InterFAith MEDicAL Center
1545 Atlantic Avenue
Brooklyn, NY 11213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

' I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ _____ ; or

' I left the summons at the individual's residence or usual place
of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* _____ , who is _____

_____ on *(date)* _____ ; or

⌐ I returned the summons unexecuted because _____ ; or

⌐ Other *(specify):*
designated by law to accept service of process on behalf of *(name of organization)*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____

*Server's signature*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

*EASTERN* District of *NEW YORK*

|  |  |
|---|---|
| DARRYL DOCKERY <br> *Plaintiff(s)* <br><br> v. <br><br> City OF NEW YORK (NYPD) <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City OF NEW YORK Cansel/Corporation
c/o NEW York City Law Department
100 Church Street
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____                          _____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

′ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____  _____  ; or

′ I left the summons at the individual's residence or usual place
of abode with *(name)*                                                                _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

′ I served the summons on *(name of individual)*       , who is _____

_____ on *(date)* _____  ; or

⌐ I returned the summons unexecuted because _____ ; or

⌐ Other *(specify):*
designated by law to accept service of process on behalf of *(name of organization)*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____                          _____
                                                                          *Server's signature*

**U.S. Department of Justice**
United States Marshals
Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF DARRYL DOCKERY | COURT CASE NUMBER |
|---|---|
| DEFENDANT City of New York (NYPD) | TYPE OF PROCESS Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**  { City of New York Counsel Corporation
c/o New York City Law Department
100 Church Street, New York, NY 10007

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| DARRYL Dockery 85 MacDougal Street Brooklyn, NY 11213 | Number of process to be served with this Form 285  1 |
| | Number of parties to be served in this case  1 |
| | Check for service on U.S.A.  ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (347)423-1330 | DATE |
|---|---|---|---|
| *Darryl Dockery* | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ____ | District to Serve No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

**U.S. Department of Justice**
United States Marshals
Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DARRYL DOCKERY | |
| DEFENDANT | TYPE OF PROCESS |
| Interfaith Medical Center | Summons/Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** { Inter faith Medical Center
Legal Department
1545 Atlantic Avenue
Brooklyn, NY 11213

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| DARRYL DOCKERY<br>85 MacDougal Street<br>Brooklyn NY 11213 | Number of process to be served with this Form 285 — 1 |
| | Number of parties to be served in this case — 1 |
| | Check for service on U.S.A. ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

N/A

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (347) 423-1330 | DATE |
|---|---|---|

*Daryl Dockery*

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | Date | Time ☐ am ☐ pm |
|---|---|---|
| | | |
| Address (*complete only different than shown above*) | Signature of U.S. Marshal or Deputy | |
| | | |

**U.S. Department of Justice**
United States Marshals
Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| | |

**NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**

**SERVE AT** {  Springfield Garden Auto Pound
174-20 North Boundary Road  — or —
Jamaica, NY 11430

New York City
Law Department
100 Church Street
New York, NY 10007

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| DARRYl Dockery | Number of process to be served with this Form 285: 1 |
| 85 MacDougal Street | Number of parties to be served in this case: 1 |
| Brooklyn, NY 11233   Apt 2B | Check for service on U.S.A. ✓ |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Daryl Dockery

Signature of Attorney other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER (347) 423-1330

DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ____ | District to Serve No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Timeam ☐ ☐ pm |
|---|---|---|
| | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

**U.S. Department of Justice**
United States Marshals
Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| *DARRYL DOCKERY* | |
| DEFENDANT | TYPE OF PROCESS |
| *New York City Department of Corrections* | |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** { *New York City Law Department*
*100 Church Street, New York, NY 10007*

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| *Darryl Dockery    Apt 2B*<br>*85 MacDougal Street*<br>*Brooklyn, NY 11233* | Number of process to be served with this Form 285: *1* |
| | Number of parties to be served in this case: *1* |
| | Check for service on U.S.A. ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

*Darryl M. Dockery*

Signature of Attorney other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| *(347) 423-1330* | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Timeam | ☐ |
|---|---|---|---|
| | | | ☐ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

**U.S. Department of Justice**
United States Marshals
Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| *DARRYL DOCKERY* | |
| DEFENDANT | TYPE OF PROCESS |
| *Insurance Auto Auction inc* | *Summons /complaint* |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**

*Insurance Auto Auction inc*
*Two westbrook corporate center*
*Westchester, IL 60154*

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| *DARRYL Dockery*<br>*85 MacDougal Street*<br>*Brooklyn, NY 11233* | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Darryl Dockery* | | *(347) 423-1330* | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Timeam | ☐<br>☐ pm |
|---|---|---|---|
| | | | |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

AFFiDAViT in Support

1) I am Darryl Dockery

(2) I recieve SNAP benefits as my Sole income

(3) I cannot afford court fees.

(4) I Believe I am entitled to relief.

I Declare under penalty of perjury
That the Foregoing is True and Correct.

Date: January 15, 2026
DARRYL DOCKERY
by: Darryl Dockery ©

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
DARRYL Dockery

**DEFENDANTS** City of New York, et al.

**(b)** County of Residence of First Listed Plaintiff     Kings County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant     Kings County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*   Pro Se   ORIGINAL
85 MacDougal Street
Brooklyn, NY 11233

Attorneys *(If Known)*   NYC Law Department
100 Church Street
New York NY 10007

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*   *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] |
| Citizen of Another State | [ ] 2 | [ ] | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] | Foreign Nation | [ ] 6 | [ ] |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment Vehicle
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [X] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [X] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

- [ ] 1 Original
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District

Checkbox row: [ ]  [X]  [ ]  [ ]  [ ]  [ ]  [ ]

## V. ORIGIN *(Place an "X" in One Box Only)*

REC'D IN PRO SE OFFICE
JAN 15 '26 PM 3:39

| VI. CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: |
|---|---|
| | 42 U.S.C § 1983, 88 |
| | Brief description of cause: 42 U.S.C § 1983 - Deprivation of Constitutional Rights |

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND: ☑ Yes ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions):* | JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|---|

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____
                                                                    *(specify)*    6 Multidistrict      8 Multidistrict
          Agency Decision                                                          Litigation -         Litigation Direct
950 Constitutionality of State Statutes                                            Transfer             File

## CERTIFICATION OF ARBITRATION ELIGIBILITY

Local Arbitration Rule 83.7 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

Case is Eligible for Arbitration

I, _____, counsel for_____, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

      monetary damages sought are in excess of $150,000, exclusive of interest and costs, the

      complaint seeks injunctive relief,

      the matter is otherwise ineligible for the following reason

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:

## RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 3 in Section VIII on the front of this form. Rule 3(a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 3(a) provides that " A civil case shall not be deemed "related" to another civil case merely because the civil case involves identical legal issues, or the same parties." Rule 3 further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (b), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

## NY-E DIVISION OF BUSINESS RULE 1(d)

1.)    Is the civil action being filed in the Eastern District removed from a New York State Court located in Nassau or Suffolk County?       Yes      No

2.)    If you answered "no" above:

a)    Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County?    ~~Yes~~    No

b)    Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District?    ~~Yes~~    No

c)    If this is a Fair Debt Collection Practice Act case, specify the County in which the offending communication was received:_____.

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County?_____Yes    No

*(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).*

## BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

Yes                                    No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?

Yes    (If yes, please explain                    No

I certify the accuracy of all information provided above.

**Signature:** Daryl Dockery

Last Modified: 11/27/2017

*Costs shown on <u>attached USMS Cost Sheet</u> >>*

---

REMARKS

---

Form USM-285
Rev.
03/21

## INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. § 0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit.

When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. The USMS will not accept personal checks.

_____

*Printed name and title*


_____

*Server's address*

Additional information regarding attempted service, etc:

_____

*Printed name and title*


_____

*Server's address*

Additional information regarding attempted service, etc: